**Order entered September 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01019-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**LESLIE G. MARTIN, P.C., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before Justices Whitehill, Partida-Kipness and Pedersen, III

We **GRANT** appellant's September 3, 2019 "Emergency Motion to Enforce Notice of Cash Deposit in Lieu of Bond" to the extent that we **STAY** the trial court's August 29, 2019 order granting turnover relief. This stay shall remain in effect until further order of this Court. We request appellee to file its response to appellant's emergency motion, if any, by **SEPTEMBER 16, 2019**.

/s/    BILL WHITEHILL
PRESIDING JUSTICE